JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KHACHIK MARGARYAN, | ) | Case No. ED CV 26-00877 FMO (PD) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PAMELA BONDI, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge